# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 24-CV-01555 (JMB/JFD) |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| $21,050 in U.S. Currency, | |
| Defendant. | |

---

This matter is before the Court on the United States's request that the Court issue an order granting default judgment in favor of the United States and against the Estate of Jose De Jesus Diaz Fernandez, Adriana Jones, and all unknown persons and entities who have failed to file a claim to the Defendant $21,050 in U.S. Currency (Currency) or an answer to the Verified Complaint for Forfeiture *In Rem* (Complaint). In addition, the United States requests a final order of forfeiture as to the Currency. The Court grants the requests.

Based on all the files and records in this action, the Court finds as follows:

1. The United States filed a Complaint on April 30, 2024, (Doc. No. 1) alleging that the Currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6);

2. The Clerk of Court issued Warrant of Arrest and Notice *In Rem* (Warrant) directing the U.S. Marshal to arrest the Currency and to serve all persons with a potential interest in it with a copy of the Complaint and the Warrant (*see* Doc. No. 5);

3. On May 2, 2024, the United States sent a Notice of Judicial Forfeiture Proceedings, the Complaint, and the Warrant by certified mail to the Estate of Jose De Jesus Diaz Fernandez, Attn: Maria Isabel Rodriguez, and to Adriana Jones, through her attorney Michael Elsner;

4. Pursuant to Federal Rule of Civil Procedure G(4)(a)(iv)(C), the U.S. Attorney's Office posted a notice of forfeiture on an official government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on June 21, 2024;

5. No claim or answer has been filed, and the time for filing a claim and answer has expired under Rule G(5).

Therefore, based on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The United States's motion for a default judgment and final order of forfeiture (Doc. No. 10) is GRANTED;

2. Default judgment is entered against the Estate of Jose De Jesus Diaz Fernandez, Adriana Jones, and all unknown persons and entities having an interest in the defendant currency for failure to file a claim to the Currency and an answer to the Complaint as required by 18 U.S.C. § 983(a)(4)(A), (B) and Federal Rule of Civil Procedure G(5); and

3. The Currency is forfeited to the United States pursuant to 21 U.S.C. 881(a)(6) for disposition in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  September 19, 2024                     /s/ *Jeffrey M. Bryan*
                                                                                           Judge Jeffrey M. Bryan
                                                                                          United States District Court